1  KAZEROUNI LAW GROUP
   Mohammad Kazerouni, Esq. (SBN 252835)
2  2700 N. Main Street, Suite 1050
   Santa Ana, CA 92705
3  Telephone: (800) 400-6808
   Facsimile:  (800) 520-5523
4

5  Attorneys for Defendant,
   FRANCISCO MARQUEZ
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. NO. S-03-00153 EJG |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE STATUS CONFERENCE** |
| FRANCISCO MARQUEZ, | |
| Defendants. | |

   Upon consideration of the stipulation of all counsel for an Order To Continue Status Conference, the order is granted and the Status Conference is continued to the following date:

Status Conference:                                                     April 30, 2010

**IT IS SO ORDERED:**

Dated:  April 8, 2010              /s/  Edward  J.  Garcia
                                   Honorable Edward J. Garcia
                                   Senior United States District Judge

**PROPOSED ORDER**                                                     PAGE 1 OF 1