BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO MARQUEZ, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. S-03-153 EJG <br> CIV. NO. S-09-2628 EJG <br><br> STIPULATION AND ORDER |

    The United States, by and through the undersigned Assistant U.S. Attorney, and the defendant Francisco Marquez, by and through counsel, hereby stipulate and move this Court for an order to continue the status conference currently scheduled for April 30, 2010, to May 28, 2010 at 10:00 a.m.  The parties have reached an agreed resolution regarding the ultimate disposition of this matter.  Accordingly, a continuance until May 28, 2010 is necessary to

\\\

\\\

\\\

\\\

1

finalize that agreement and prepare a joint pleading and proposed order for the Court's approval.

Date: 4/28/2010                    Respectfully submitted,


                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Jared C. Dolan
                                   By: JARED C. DOLAN
                                   Assistant U.S. Attorney

Date: 4/28/2010

                                   /s/ Jared C. Dolan for
                                   Mohammad Kazerouni, Esq.
                                   Attorney for Francisco Marquez


**SO ORDERED.**


DATED: April 28, 2010              /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   U.S. District Judge