BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>FRANCISCO MARQUEZ,              )<br>                                )<br>            Defendant.          )<br>                                )<br>_____) | CR. NO. S-03-153 EJG<br>CIV. NO. S-09-2628 EJG<br><br>DISPOSITIVE STIPULATION AND<br>ORDER |

    The United States, by and through the undersigned Assistant U.S. Attorney, and the defendant Francisco Marquez, by and through counsel, have reached an agreed resolution in this case.  This resolution was reached after taking the depositions of the defendant and the defendant's former attorney, Oscar Perez, as ordered by the Court.

    Accordingly, in exchange for settling a companion civil case as to the restitution debt paid and owed by the defendant, the parties jointly stipulate and request the Court grant the defendant's writ of coram nobis in part.  Specifically, the parties stipulate and agree that the loss to the victim is $1,000 with restitution in the amount

of $1,000 and that the criminal judgment in this case should be vacated and amended to reflect the same.  That amount is due and payable within three business days of any final order the Court may issue granting the relief that is requested by the defendant.

Date:   5/21/10                        Respectfully submitted,


                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Jared C. Dolan
                                       By: JARED C. DOLAN
                                       Assistant U.S. Attorney

Date:   5/21/10

                                       /s/ Jared C. Dolan for
                                       Mohammad Kazerouni, Esq.
                                       Attorney for Francisco Marquez

**SO ORDERED.**


DATED: June 7, 2010                    /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       U.S. District Judge